**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-2051

ANGELA RUTH DOCTOR,

            Plaintiff - Appellant,

      v.

CITY OF ROCK HILL; CHRIS WATTS; SARAH BLAIR; ROBERT N.
JENKINS,

            Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  J. Michelle Childs, District
Judge.  (0:15-cv-00265-JMC)

Submitted:  March 30, 2017            Decided:  April 3, 2017

Before TRAXLER and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

S. Jahue Moore, MOORE TAYLOR LAW FIRM, P.A., West Columbia,
South Carolina, for Appellant.  David L. Morrison, MORRISON LAW
FIRM, LLC, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angela Ruth Doctor appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2012) complaint. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2012). The magistrate judge recommended that relief be denied and advised Doctor that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Doctor has waived appellate review by failing to file objections after receiving proper notice. Accordingly, we affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2